STANLEY KOSS, Respondent, *v.* BOHEMIAN BENEVOLENT AND LITERARY ASSOCIATION, Appellant.

*Koss* v. *Bohemian B. & L. Assn.*, 156 App. Div. 895, affirmed.
(Submitted March 10, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been received by plaintiff through the fall or collapse of a stepladder on which he was working while in the employ of the defendant.

*Carlisle J. Gleason* and *Wesley S. Sawyer* for appellant.

*Charles E. Travis, Adolph Bloch* and *Henry Bloch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.